UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:04CR86-FDW |
| | ) | |
| v. | ) | ORDER FOR DISMISSAL |
| | ) | |
| (2) MARIA AGUZIE MBANUZUE | ) | |
| | ) | |

Leave of Court is hereby granted for dismissal without prejudice of the Superseding Indictment captioned above as to this defendant only.

IT IS SO ORDERED.

Signed: February 24, 2009

Frank D. Whitney
United States District Judge